**Order entered April 6, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00879-CV

### DAVID CAUDLE, Appellant

### V.

### CHINLING WU A/K/A JEAN CAUDLE, DCCW PROPERTIES, INC. AND OLSON CAPITAL INVESTMENTS, LLC, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-01519**

### ORDER

Before the Court is appellant's March 16, 2022 motion for rehearing.

Appellees are requested to file a response to appellant's motion, if any, within

**FIFTEEN DAYS** of the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE